# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | BRENT & JULIA RUTTLE |
| **Case Number:** | 2:07-bk-05301-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 26, 2009 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

EVIDENTIARY HEARING ON OBJECTION TO CONFIRMATION OF PLAN FILED BY CREDITORS JOSEPH H. SOLDEVERE AND JANET M. SOLDEVERE

**R / M #:** 69 / 0

**VACATED: MATTER RESOLVED**

## Appearances:

NONE

## Proceedings:

VACATED: MATTER RESOLVED